(JS-6)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE S.,[1] | Case No. EDCV 23-0554-KK (JPR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARTIN O'MALLEY, Commissioner of Social Security,[2] | |
| Defendant. | |

For the reasons set forth in the Magistrate Judge's Report and Recommendation, which the Court has accepted in a separate order, this action is dismissed with prejudice and Judgment shall be entered in the Commissioner's favor.

Dated: May 31, 2024

HONORABLE KENLY KIYA KATO
United States District Judge

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Martin O'Malley, Commissioner of Social Security, is substituted as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.